<a>

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Defendant. | Case No.: 2:18-CV-5545<br><br>Complaint to impose liability under 26 U.S.C. § 6332 for failure to honor a federal tax levy |

The United States of America, Plaintiff, for its complaint against the California Public Employees Retirement System, Defendant, alleges:

## I. Introduction.

1. This is a civil action by the United States of America, Plaintiff, against the California Public Employees Retirement System (CalPERS), Defendant, under 26 U.S.C. § 6332(d) for its failure to honor a federal tax levy issued by the Internal Revenue Service by refusing to surrender the property of Rachelle Robinson in its possession.

## II. Jurisdiction and venue.

2. This action is brought under 26 U.S.C. § 7401 at the direction of the Attorney General of the United States and at the request of and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue for this action is within the Central District of California under 28 U.S. §§ 1391(b)(1) and (2) because Defendant is deemed to reside in this district under 28 U.S.C. § 1391(c)(2) and because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

## III. General allegations.

5. On the following dates, the Internal Revenue Service assessed federal income-tax liability against Rachelle Robinson and recorded and rerecorded federal tax liens regarding those tax liabilities:

1

| Tax year | Date of assessment | Notice of federal tax lien recorded | Notice of federal tax lien rerecorded |
|---|---|---|---|
| 1993 | April 20, 1998 | May 20, 2003 | Jan. 15, 2008 |
| 1996 | December 28, 1998 | May 20, 2003 | Nov. 19, 2008 |
| 1997 | May 16, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 1998 | May 23, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 1999 | May 30, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 2000 | June 6, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 2001 | June 13, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 2002 | May 9, 2005 | June 9, 2006 | Aug. 26, 2014 |
| 2003 | May 9, 2005 | June 9, 2006 | Aug. 26, 2014 |

6. The Internal Revenue Service sent to Robinson all required notices and demands for payment for the assessments set forth in paragraph 5.

7. On September 5, 2007, Robinson filed a voluntary petition under Chapter 7 in the United States Bankruptcy Court for the Central District of California, which was assigned the case no. 2:07-bk-17753-AA.

8. In her 2007 bankruptcy, Robinson claimed her CalPERS retirement account, which she stated had a balance of $118,067, as exempt property. A copy of Robinson's schedule C (property claimed as exempt) filed in her 2007 bankruptcy is attached as exhibit 1.

9. On December 21, 2007, Robinson received a discharge in bankruptcy.

10. Robinson's CalPERS retirement account remains subject to attachment by the IRS by operation of § 522(c)(2)(B) of the Bankruptcy Code

1  (11 U.S.C.) because of the preexisting federal tax liens, notices of which were
2  filed as set forth in paragraph 5.

3      11. As of February 4, 2008, Rachelle Robinson was an inactive
4  member of Defendant who was fully vested and qualified for retirement.

5      12. In February 2008, the Internal Revenue Service served on
6  CalPERS by certified mail a notice of levy.

7      13. Under Treas. Reg. (26 C.F.R.) § 301.6331-1(c), a notice of levy
8  may be served by mail.

9      14. A copy of the notice of levy is attached as exhibit 2. Personal
10 identifiers have been redacted.

11     15. A copy of the certified mail receipt reflecting delivery of the notice
12 of levy is attached as exhibit 3.

13     16. Service of the notice of levy upon CalPERS was made within the
14 statutory time limit set forth in § 6502(a) of the Internal Revenue Code (26
15 U.S.C.) (IRC).

16     17. At the time of the service of the notice of levy upon CalPERS,
17 Robinson had, under Cal. Govt. Code §§ 20731 and 20735, the right to
18 demand payment of at least her accumulated contributions to her CalPERS
19 retirement account.

20     18. Upon service of the notice of levy, the IRS acquired all rights that
21 Robinson had in her CalPERS retirement account.

22     19. Under IRC § 6332(a), upon service of the notice of levy, CalPERS
23 was obligated to turn over to the IRS all funds in Robinson's retirement
24 account to which Robinson could demand payment.

25     20. On March 12, 2008, the IRS received a letter from Defendant
26 dated March 6, 2008, acknowledging receipt of the notice of levy and stating
27 that Robinson is an inactive member of CalPERS. A copy of this letter is
28 attached as exhibit 4.

1     21.     Since the service of the notice of levy in February 2008 on CalPERS, it has not turned over to the IRS any funds from Robinson's CalPERS retirement account.

     22.     As of June 8, 2018, the tax liabilities specified in paragraph 5 have a total outstanding balance of $157,394.96 after taking into account credits, charges, interest, and penalties.

     23.     Under IRC § 6632(d), CalPERS is liable to the United States in a sum equal to the value of the property or rights not surrendered in response to the federal tax levy, but not exceeding the amount of taxes for the collection for which the levy was made, plus costs and statutory interest.

     Wherefore, the United States of America, Plaintiff, requests the Court to:

     A.     Enter judgment in favor of the United States of America and against CalPERS in the amount of the funds in Robinson's CalPERS retirement account which Robinson could demand payment.

     B.     For any further relief that the Court deems just and appropriate.

Dated: June 22, 2018                              NICOLA T. HANNA
                                                  United States Attorney
                                                  THOMAS D. COKER
                                                  Assistant United States Attorney
                                                  Chief, Tax Division

                                                  **/s/ Andrew T. Pribe**
                                                  ANDREW T. PRIBE
                                                  Assistant United States Attorney

Exhibit 1

| In re: Rachelle Robinson | Case No. |
|---|---|
| Debtor(s) | |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

☐ 11 U.S.C §522(b)(2)   ☐ Check if debtor claims a homestead
☒ 11 U.S.C §522(b)(3)       exemption that exceeds $136,875

**ALL REFERENCES ARE TO CALIFORNIA CODE OF CIVIL PROCEDURE §§704.010, ET SEQ.**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Furniture and household goods | 704.020 | 4,000 | 4,000 |
| Clothing | 704.020 | 1,200 | 1,200 |
| Jewelry | 704.040 | 300 | 300 |
| 1994 Toyota Camry | 704.010 | 1,500 | 1,500 |
| 401(k) with employer | 704.115 | 12,000 | 12,000 |
| PERS with former county employer | 704.110 | 118,067 | 118,067 |

Exhibit 2

| Form **668-W(ICS)** | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Rev. July 2002) | **Notice of Levy on Wages, Salary, and Other Income** |

DATE: **February 04, 2008**

REPLY TO: Internal Revenue Service
N. Kakuske
300 N. Los Angeles St  STOP 5117
Los Angeles, CA  90012

TELEPHONE NUMBER
OF IRS OFFICE: **(213) 576-3456**

NAME AND ADDRESS OF TAXPAYER:
**Rachelle Robinson**

Long Beach, CA

TO: **Cal Pers**
PO BOX 2056
Sacramento, CA  95812-2056

IDENTIFYING NUMBER(S):

**Comments:** This levy attaches ONLY to property and rights to property of Rachelle Robinson existing on or before September 5, 2007, in the following personal property:  PERS 401(k)

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1993 | $0.00 | $2,678.34 | $2,678.34 |
| 1040 | 12/31/1996 | $10,672.75 | $1,179.67 | $11,852.42 |
| 1040 | 12/31/1997 | $9,073.81 | $1,676.50 | $10,750.31 |
| 1040 | 12/31/1998 | $7,030.80 | $1,289.46 | $8,320.26 |
| 1040 | 12/31/1999 | $5,453.69 | $992.77 | $6,446.46 |
| 1040 | 12/31/2000 | $8,536.06 | $1,542.32 | $10,078.38 |
| 1040 | 12/31/2001 | $7,690.91 | $1,657.02 | $9,347.93 |
| 1040 | 12/31/2002 | $14,719.37 | $3,956.78 | $18,676.15 |
| 1040 | 12/31/2003 | $20,037.63 | $6,429.47 | $26,467.10 |
| | | | **Total Amount Due** ⇒ | $104,617.35 |

We figured the interest and late payment penalty to **09/05/2007**

**THIS ISN'T A BILL FOR TAXES YOU OWE.  THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount shown above.  Although we have given the notice and demand required by the Code, the amount owed hasn't been paid.  This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions.  Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form.  Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

Signature of Service Representative
.akuske

Title
**Insolvency Advisor**

Part 1 – For Employer or other Addressee   Catalog No. 35390F   www.irs.gov   Form **668-W(ICS)** (7-2002)

## IF MONEY IS DUE THIS TAXPAYER

Give the taxpayer Parts 2, 3, 4 and 5, as soon as you receive this levy. Part of the taxpayer's wages, salary, or other income is exempt from levy. To claim exemptions, the taxpayer must complete and sign the Statement of Exemptions and Filing Status on Parts 3, 4, and 5 and return Parts 3 and 4 to you within 3 work days after you receive this levy. The taxpayer's instructions for completing the ͞ment of Exemptions and Filing Status are on the back of Part 5.

͞us the taxpayer's take home pay minus the exempt amount which is described below, on the same dates that payments are made, or are due, to the taxpayer. Unless we tell you that a deduction should not be allowed, allow the taxpayer's payroll deductions which were in effect when you received this levy in determining the take home pay. Do not allow the taxpayer to take new voluntary payroll deductions while this levy is in effect. The method of payment to the taxpayer, for example, direct deposit, has no bearing on take home pay. Direct deposit is not considered a payroll deduction.

When you send us your check, **complete the back of Part 3 of this form,** attach it to the check, and mail them to us in the enclosed envelope. **Make your check payable to United States Treasury. Please write on the check (not on a detachable stub) the taxpayer's name, identifying number(s), kind of tax, and tax periods shown on Part 1, and the words "LEVY PROCEEDS."**

**This levy remains in effect for all wages and salary for personal services until we send you a release of levy.** Wages and salary include fees, commissions, and bonuses. If more than one payment is necessary to satisfy the levy, send additional payments to the Internal Revenue Service address shown on your copy of this levy, and make out your check as described above.

**This levy remains in effect for benefit and retirement income if the taxpayer has a current fixed right to future payments, until we send you a release of levy.**

**For income other than wages and salary, and benefit and retirement income as described above, this levy is effective only for funds you owe the taxpayer now.** We may issue another levy if necessary. However, this levy attaches to all obligations you owe the taxpayer at the time you receive it, even though you plan to make the payment at a later date.

## INSTRUCTIONS FOR FIGURING THE AMOUNT EXEMPT FROM THIS LEVY

There are three steps in figuring the amount exempt from this levy.

1. When you receive the completed Parts 3 and 4 from the taxpayer, use item 1 of the enclosed table (Publication 1494) to figure how much wages, salary, or other income is exempt from this levy. Find the correct block on the table using the taxpayer's filing status, number of personal exemptions claimed, and pay period. Be sure you allow one exemption for the taxpayer, in addition to one for ͞erson listed on Parts 3 and 4, unless, "I cannot claim myself as an exemption," is written next to the taxpayer's signature. If no ͞Security Number is provided for a personal exemption, do not allow that exemption, unless "Less than six months old" is written in ͞e space for that person's Social Security Number. If you don't receive the completed Parts 3 and 4, then the exempt amount is what would be exempt if the taxpayer had returned them indicating married filing separate and only the taxpayer is claimed as a personal exemption. Don't use the information on the taxpayer's Form W-4, Employee's Withholding Allowance Certificate, to determine the amount that is exempt from this levy. That information can be different from what is filed on the employee's individual income tax return.

2. If the taxpayer, or the taxpayer's spouse, is at least 65 years old and/or blind, an additional amount is exempt from this levy. To claim this, the taxpayer counts one for each of the following: (a) the taxpayer is 65 or older, (b) the taxpayer is blind, (c) the taxpayer's spouse is 65 or older, and (d) the taxpayer's spouse is blind. Then, this total (up to 4) is entered next to "ADDITIONAL STANDARD DEDUCTION" on the Statement of Exemptions and Filing Status. If the taxpayer has entered a number in this space, use item 2 of the enclosed table to figure the additional amount exempt from this levy.

3. The amount the taxpayer needs to pay support, established by a court or an administrative order, for minor children is also exempt from the levy, but the court or administrative order must have been made before the date of this levy. These children can't be claimed as personal exemptions on Parts 3, 4, and 5.

If the taxpayer's exemptions, filing status, or eligibility for additional standard deduction change while this levy is in effect, the taxpayer may give you a new statement to change the amount that is exempt. You can get more forms from an IRS office. If you are sending payments for this levy next year, the amount that is exempt doesn't change merely because the amount that all taxpayers can deduct for exemptions, filing status, and additional standard deductions on individual income tax returns changes for the new year. However, if the taxpayer asks you to recompute the exempt amount in the new year by submitting a new Statement of Exemptions and Filing Status, even though there may be no change from the prior statement, you may use the new year's exemption table. This change applies to levies you already have as well as this one. If you are asked to recompute the exempt amount and you don't have the new year's exemption table, you may order one by calling 1-800-829-3676. Ask for Publication 1494. This publication is also available at our internet site www.irs.gov The taxpayer submits the information under penalties of perjury, and it is subject to verification by the Internal Revenue Service.

Form **668-W (ICS)** (7-2002)

Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Cal Pers
    PO BOX 2056
    Sacramento, CA  95812-2056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MIRRA WERNER   C. Date of Delivery: FEB -7

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   [Postmark: SACRAMENTO 95812 METRO STA SPS FEB -7]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7007 0710 0003 6296 5865   865

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081

Exhibit 4



**Member Services Division**
P.O. Box 2056
Sacramento, CA 95812-2056
Telecommunications Device for the Deaf - (916) 795-3240   REPLY TO: SECTION 714
(916) 795-3551; FAX (916) 795-3389                          REFER TO: xxx-xx-7646

March 06, 2008

INTERNAL REVENUE SERVICE
SB/SE COMPLIANCE SERVICES

Internal Revenue Service
300 N. Los Angeles St., Stop 5117
Los Angeles CA 90012

MAR 12 2008

INSOLVENCY #1 TERRITORY 16
LOS ANGELES CA 90012

RE: Rachelle Robinson

Dear Internal Revenue Service:

This acknowledges receipt of Notice of Levy on Wages, Salary, and Other Income dated March 06, 2008 in the amount of $104,617.35 pertaining to the above member.

Rachelle Robinson is an "inactive" member of CalPERS. Therefore, we are unable to comply as there are no funds payable form this System in which to satisfy the levy at this time.

A hold has been placed on the member's account and when benefits become payable in the future, the System will notify IRS to request a current tax levy or a release of levy if the levy has since been satisfied.

Please contact this office at the above address or telephone number if you have any questions.

Sincerely,

*D. Mooradian*

Deborah Mooradian
Community Property Unit

cc: Rachelle Robinson, w/enclosure

**California Public Employees' Retirement System**
www.calpers.ca.gov